UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

v.                                                CASE NO: 8:11-cv-430-T-26AEP

CSM LODGING, L.L.C. and
CSM RI NAPLES, L.L.C.,

    Defendants.
_____/

**O R D E R**

According to Plaintiff's counsel's allegations, the subject facility is located in Naples, Florida, which is located in Collier County, Florida. In light of that allegation, and because Collier County is located within the Fort Myers Division of the Middle District of Florida,[1] Plaintiff's counsel should have instituted this lawsuit in the Fort Myers Division.[2] Accordingly, acting pursuant to Local Rule 1.02(e), the Court directs the Clerk to transfer this case to the Fort Myers Division and to close the case following transfer.

**DONE AND ORDERED** at Tampa, Florida, on March 3, 2011.


                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] See Local Rule 1.02(b)(5).

[2] See Local Rule 1.02(c).

**COPIES FURNISHED TO**:
Counsel of Record